# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN OSHUN MOORE, | |
| Petitioner, | 3:05-cv-00348-KJD-VPC |
| vs. | |
| DON HELLING, *et al.,* | **ORDER** |
| Respondents. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is represented by counsel. In filing the exhibits to his petition, it appears to the court that petitioner inadvertently omitted trial transcript pages 331-405 from exhibit 48, ECF No. 26-7. Accordingly, the court orders petitioner to file a supplemental exhibit containing trial transcript pages 331-405 **within three (3) days** of the date of this order.

**IT IS SO ORDERED.**

Dated: March 13, 2012

_____
UNITED STATES DISTRICT JUDGE